No. 90–990.  WEST TEXAS TRANSMISSION, L. P. v. ENRON CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–992.  NEVADA ET AL. v. WATKINS, SECRETARY OF ENERGY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–998.  DEAN v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 90–1062.  RAINBOW NAVIGATION, INC., ET AL. v. DEPARTMENT OF THE NAVY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–1071.  BUFFINGTON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BUFFINGTON, DECEASED, ET AL. v. BALTIMORE COUNTY, MARYLAND, ET AL.; and
No. 90–1123.  GAIGALAS ET AL. v. BUFFINGTON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BUFFINGTON, DECEASED, ET AL.  C. A. 4th Cir.  Certiorari denied.  Reported below: 913 F. 2d 113.

No. 90–1096.  MERRIWEATHER v. INTERNATIONAL BUSINESS MACHINES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1098.  BUSWELL v. MINNESOTA; and
No. 90–1099.  SCHWARTZMAN v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.  Reported below: 460 N. W. 2d 614.

No. 90–1105.  BRADSHAW ET AL. v. PANTRY PRIDE ENTERPRISES, INC.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 90–1107.  MCGUIRE v. WASHINGTON ET AL.  Ct. App. Wash.  Certiorari denied.

No. 90–1109.  SMITH v. HARBOR TOWING & FLEETING, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–1111.  ROBINSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.